

**UNITED STATES DISTRICT COURT**

Western District of Texas

U.S. Pretrial Services Office

January 3, 2020

**FILED**

JAN 13 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

**San Antonio Supervisors**

Norma Aranda Gray
Rick Ramos
Reynaldo Luna

Reply to:
727 E. Cesar E. Chavez Blvd. Rm - 636
San Antonio, TX 78206-1204
210-472-4053

**Carlos Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Oscar Torres**
Assistant Deputy Chief

United States Magistrate Judge
c/o Magistrate Courtroom Deputies
655 E. Cesar E. Chavez Blvd.
San Antonio, TX 78206

RE:   Alonzo Blackman
       Case Number   SA:19-CR-523-XR-1
       Bond Violation Report– No Court Action Requested

Your Honor:

On August 7, 2019, the defendant appeared in Court pursuant to a summons to appear and was ordered released by U.S. Magistrate Judge Elizabeth Chestney on an unsecured bond with pretrial supervision and other conditions of release. The defendant is charged by Indictment with violation of Title 18 U.S.C. §§ 1341, 1346 and 1349- Conspiracy to Commit Mail and Honest Services Fraud; Title 18 U.S.C. §§ 1028- Conspiracy to Produce Identification Documents without Lawful Authority; and Title 18 U.S.C. §§ 1028- Conspiracy to Transfer Identification Documents created without Lawful Authority. Blackman is scheduled to appear before U.S. District Judge Xavier Rodriguez on February 13, 2020 for Docket Call/Rearraignment and Plea Hearing.

Pretrial Services alleges the defendant violated the following condition of the Release Order:
**7(q):  The defendant shall refrain from the use or unlawful possession of a narcotic drug and other controlled substance defined in 21 U.S.C. Section 802 unless prescribed by a licensed medical practitioner.**

RESPECTFULLY PRESENTING THE BOND VIOLATION NOTICE AS FOLLOWS:

Blackman was ordered to participate in a substance abuse education and/or treatment program. Blackman was referred and successfully completed a 20-hour Alcohol and Drug Awareness Education Program on October 17, 2019. On November 18, 2019, Blackman submitted a urine sample for drug testing, and the result was positive for the properties of marijuana. Blackman was confronted with the test results, and he readily admitted to smoking marijuana with some friends; however, he could not recall the exact date. Blackman was admonished and referred for a substance abuse assessment. On December 5, 2019, Blackman attended the substance abuse assessment as required, and the treatment provider recommended that Blackman attend two individual substance abuse counseling sessions per month. Blackman's outpatient treatment counseling will commence on January 9, 2020. On December 13, 2019, Blackman submitted a subsequent urine sample for drug testing, and the result was positive for marijuana. Blackman denied using marijuana since mid-November 2019. Blackman was admonished and informed of potential consequences for failure to abide by his conditions of release.

RECOMMENDATION:

Pretrial Services respectfully recommends no Court action to allow Blackman to benefit from substance abuse treatment. Pretrial Services will work with the treatment provider to address Blackman's recent drug use while on bond. Blackman's urinalysis testing frequency has been increased. Once a pattern of compliance is established, his drug testing will be adjusted accordingly. Should Blackman continue to violate the conditions of his release, Pretrial Services will recommend further adverse action.

Pretrial Services contacted Assistant U.S. Attorney Joseph E. Blackwell to advise of the violation and recommendation of no Court action.

Very Respectfully,

Brenda A. Gomez
U.S. Pretrial Services Officer
210-244-5318

Reynaldo Luna
Supervising U.S. Pretrial Services Officer
210-244-5446

**COURT RECOMMENDATION:**

The Court concurs with the proposed recommendation:  ✓

The Court DOES NOT concur with the proposed recommendation: _____

DATE SIGNED: _____  1/7/2020

cc:   Joseph E. Blackwell, Assistant U.S. Attorney
      Edgardo R. Baez, Defense Attorney